**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00193-RBJ

XEROX CORPORATION,

    Plaintiff,

v.

ON TARGET MARKETING, L.L.C.,

Defendant.

---

### ORDER OF DEFAULT JUDGMENT

---

It appearing from the file that Defendant On Target Marketing, L.L.C. is neither a minor nor an incompetent person and has been defaulted on March 14, 2012, for failing to appear, that Default Judgment in the sum of $256,669.11, plus costs in the sum of $432.20 enter against Defendant On Target Marketing, L.L.C., for a total sum of $257,101.31.

DATED this 10th day of August, 2012.

BY THE COURT:

*[signature: Brooke Jackson]*

By:_____
    United States District Court Judge